**Joseph KALISZEWSKI, Appellant,**

v.

**Newell D. DUBAIL, et al., and Division of Employment Security, Respondents.**

ED 102155

Missouri Court of Appeals, Eastern District, DIVISION ONE.

FILED: October 6, 2015

Jasmine Jacobs, John J. Ammann, Kimberly Morr, 100 N. Tucker Blvd., Ste. 704, St. Louis, MO 63101, for Appellant.

William Sitzer, Stephen O. Smith, 275 N. Lindbergh Blvd. St. Louis, MO 63141, for Respondent Newell D. Dubail.

Bart A. Matanic, 421 East Dunklin Street, P.O. Box 59, Jefferson City, Missouri 65104–0059, for Respondent Division of Employment Security.

Before Robert G. Dowd, Jr., P.J., Roy L. Richter, J., and Gary M. Gaertner, Jr., J.,

## ORDER

PER CURIAM

Joseph Kaliszewski ("Appellant") appeals from a judgment of the Missouri Labor and Industrial Relations Commission ("the Commission") denying him unemployment compensation because he was an independent contractor and not an employee of Newell D. Dubail and his partners (collectively, "the Partnership"). We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).